UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Ft. Pierce Division

Case Number:  08-14115-CIV-MARTINEZ-LYNCH

NATIONAL WILDLIFE FEDERATION,
CONSERVANCY OF SOUTHWEST
FLORIDA, COLLIER COUNTY AUDUBON
SOCIETY, FLORIDA WILDLIFE
FEDERATION, NATIONAL AUDUBON
SOCIETY, INC.,

    Plaintiffs,

vs.

PAUL SOUZA, STEVE SULLIVAN, PETE
GEREN, DIRK KEMPTHORNE,

    Defendants.
_____/

## ORDER GRANTING MOTION TO APPROVE PAGE-LIMIT RESTRICTIONS

THIS CAUSE came before the Court upon the parties' Joint Motion to Approve Page-Limit Restrictions (D.E. No. 27).  After careful consideration, it is hereby:

**ORDERED AND ADJUDGED** that

The parties' Joint Motion to Approve Page-Limit Restrictions **(D.E. No. 27**) is

**GRANTED.**  The motion is granted in that the following page limitations apply:

| Document | Page Limit |
|---|---|
| Plaintiffs' Memorandum in Support of Summary Judgment | 30 pages |

| | |
|---|---|
| Defendants and Intervenor-Defendant's Combined Memorandum in Opposition to Plaintiffs' Motion for Summary Judgment in Support of their Cross Motions for Summary Judgment | 30 pages |
| Plaintiffs' Combined Reply Memorandum in Support of their Motion for Summary Judgment in Opposition to Defendants' and Defendant-Intervenors' Cross-Motions for Summary Judgment | 20 pages |
| Defendants and Intervenor Defendant's Reply to their Cross Motions for Summary Judgment | 20 pages |

**All filings shall be double-spaced with one inch margins in 12-point Times New Roman font.**[1]

DONE AND ORDERED in Chambers at Miami, Florida, this 9 day of September, 2008.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Lynch
All Counsel of Record

---

[1] In addition, the Court reminds the parties that a courtesy copy of any filing over 15 pages must be hand-delivered to Chambers. *See* (D.E. No. 20 at ¶ 2).