UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Ft. Pierce Division

Case Number:  08-14115-CIV-MARTINEZ-LYNCH

NATIONAL WILDLIFE FEDERATION,
CONSERVANCY OF SOUTHWEST
FLORIDA, COLLIER COUNTY AUDUBON
SOCIETY, FLORIDA WILDLIFE
FEDERATION, NATIONAL AUDUBON
SOCIETY, INC.,

    Plaintiffs,

vs.

PAUL SOUZA, STEVE SULLIVAN, PETE
GEREN, DIRK KEMPTHORNE,

    Defendants.
_____/

**ORDER DENYING PLAINTIFFS' MOTION TO RECONSIDER**

    THIS CAUSE came before the Court upon Plaintiffs' Motion to Reconsider the Corps' Cumulative Impact Analysis Pursuant to the Clean Water Act (D.E. No. 90).  Pursuant to Federal Rule of Civil Procedure 59(e), Plaintiffs seek reconsideration of a specific portion of this Court's Order on Motions for Summary Judgment (D.E. No. 86) and this Court's Final Judgment (D.E. No. 88), relating to the Clean Water Act.  "While Rule 59(e) does not set forth any specific criteria, the courts have delineated three major grounds justifying reconsideration: (1) an intervening change in controlling law; (2) the availability of new evidence; and (3) the need to correct clear error or prevent manifest injustice."  *Williams v. Cruise Ships Catering and Serv. Int'l*, 320 F. Supp. 2d 1347, 1357-58 (S.D. Fla. 2004).  After careful consideration, the Court finds that Plaintiffs have not demonstrated that any of these grounds apply.  Moreover, to the

extent Plaintiffs are raising new arguments in their motion for reconsideration, the Court notes that rule 59(e) motions "should not be used to raise arguments which could, and should, have been made before the judgment was issued." *O'Neal v. Kennamer*, 958 F. 2d 1044, 1047 (11th Cir. 1992). Therefore, it is hereby:

**ORDERED AND ADJUDGED** that

Plaintiffs' Motion to Reconsider the Corps' Cumulative Impact Analysis Pursuant to the Clean Water Act (D.E. No. 90) is **DENIED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 23 day of November, 2009.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Lynch
All Counsel of Record